JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORMAN TADLOCK, | ) Case No.: CV 17-3663-DMG (AFMx) |
|---|---|
| Plaintiff, | ) ORDER APPROVING |
| vs. | ) STIPULATION TO DISMISS ) WITHOUT PREJUDICE [9] |
| JEFFERSON CAPITAL SYSTEMS, LLC | ) |
| Defendant. | ) |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Norman Tadlock and Defendant Jefferson Capital Systems, LLC, the above-captioned action is hereby dismissed in its entirety without prejudice.

DATED: August 1, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1